**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**STATE NATIONAL INSURANCE COMPANY,**      **PLAINTIFF/COUNTER-DEFENDANT**

**VS.**      **CIVIL ACTION NO. 4:10CV62-P-S**

**MARKETING SERVICES, INC. and
WHITE GOLD COMMODITIES, INC.,**      **DEFENDANTS/COUNTER-PLAINTIFF**

**FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, it is **ORDERED AND ADJUDGED** that:

(1) State National Insurance Company's motion for summary judgment [docket number 44] is **GRANTED**; accordingly,

(2) For the policy year August 1, 2008-2009, State National Insurance Company has no coverage obligations to Marketing Services, Inc. and/or White Gold Commodities, Inc. under the subject marine policy regarding the loss of the subject 880 bales of cotton; and

(3) This case is **CLOSED** with the parties to bear their own costs.

**SO ORDERED** this the 18th day of January, A.D., 2012.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE